

The following constitutes the order of the court.
Signed October 2, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

```
In re                         |
                              |     No. 13-41927
Charles Edward Williams,      |
Vallery Lou Williams,         |     Chapter 7
                              |
        Debtors.              |
_____|
```

**MEMORANDUM REGARDING DISPOSITION OF MOTIONS IN LIMINE FILED BY JUDGEMENT CREDITOR DORIS LUM**

The Court having reviewed the *Motion in Limine* (doc. 99) (*Motion*) filed by Judgment Creditor Doris Lum in connection with the trial on Debtors' *Motion to Avoid Judicial Lien of Doris Lum* (doc. 56) and *Motion to Void Lien as Impairing Exemption* (doc. 71), has determined that it would be most expeditious to the determination of these matters for the *Motion* to be considered at the commencement of the trial, at 9:30 A.M. on Tuesday, October 6, 2015.

**End of Memorandum**

**COURT SERVICE LIST**

Lisa Edgar-Dickman
Lisa Edgar-Dickman and Associates
2451 Palmira Place
San Ramon, CA 94583

Scott J. Sagaria
Law Offices of Scott J. Sagaria
2033 Gateway Pl. 5th Fl
San Jose, CA 95110

Lawrence D. Miller
1200 Sixth Avenue, Suite 300
Belmont, CA 94002